# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0213.  CHARLES EDWARD HARRIS v. THE STATE.**

In August 2023, Charles Edward Harris pled guilty to one count of criminal damage to property in the second degree, a violation of the terms of his probation, and the trial court sentenced him to an additional probated sentence. On November 30, 2023, the court denied Harris's pro se motion to withdraw plea/motion to correct void sentence and motion to modify sentence.[1] Harris thereafter filed this application for discretionary appeal. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). See also *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011) (noting that this Court "has held that the failure to meet the statutory deadline for filing a discretionary appeal is a jurisdictional defect"). Here, the 30th day after November 30, 2023, fell on a Saturday, December 30, 2023, meaning that this discretionary application had to be filed by the next business day, Tuesday, January 2, 2024, in order to be timely. See Court of Appeals Rule 3. Harris's certificate of service is dated January 6, 2024, and the application has a postmark date of

---

[1] Harris has failed to include a copy of his pro se motion with his application materials, in violation of Court of Appeals Rule 31 (e).

January 10, 2024. Even giving Harris the benefit of the filing date of January 6, 2024,[2] the application is not timely because it was not filed within 30 days of the trial court's order.

Because this application is untimely, it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __01/31/2024__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[2] Under Court of Appeals Rule 4 (c), "[i]n the absence of an official United States Postal Service postmark showing a date on or before the filing deadline, a document submitted by a prisoner who is not represented by an attorney shall be deemed filed on the date the prisoner delivers the document to prison officials for forwarding to the Clerk of the Court of Appeals. This delivery shall be shown by the date on the certificate of service . . ."